```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 22259
   MICHAEL SPOONER
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2750

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
       The case was filed on 06/04/2005 and was confirmed 08/01/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was dismissed after confirmation 09/17/2007.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED          1626.91           .00          563.87
SELECT PORTFOLIO SERVICI   CURRENT MORTG       .00            .00             .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   5894.52            .00         5894.52
INTERNAL REVENUE SERVICE   PRIORITY            .00            .00             .00
ECAST SETTLEMENT CORP      UNSECURED       5481.65            .00             .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00             .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00             .00
CHILD SUPPORT ENFORCEMEN   UNSECURED      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED           .00            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,515.20                       1,805.20
TOM VAUGHN                 TRUSTEE                                          421.41
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 8,685.00

PRIORITY                                          .00
SECURED                                      6,458.39
UNSECURED                                         .00
ADMINISTRATIVE                               1,805.20
TRUSTEE COMPENSATION                           421.41
DEBTOR REFUND                                     .00
                       -------------       -------------
TOTALS                  8,685.00             8,685.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 22259 MICHAEL SPOONER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE